**GEORGE M. RANALLI, ESQ.**
Nevada Bar No. 5748
**JASON ANDREW FOWLER, ESQ.**
Nevada Bar No. 8071
**RANALLI ZANIEL FOWLER & MORAN, LLC**
2400 W. Horizon Ridge Parkway
Telephone: (702) 477-7774
Facsimile: (702) 477-7778
ranalliservice@ranallilawyers.com
Attorneys for Defendant
State Farm Mutual Automobile Insurance Company

JERRY TASSELL, individually

        Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY, a foreign
corporation; DOES I-X; and ROE
CORPORATIONS XI -XX, inclusive,

        Defendant

**2:19-CV-00979-RFB-CWH**

**STIPULATION AND ORDER TO
REMAND CASE TO STATE COURT**

        Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, by and through their attorney, GEORGE RANALLI, ESQ. and JASON ANDREW FOWLER, ESQ., of the law offices of RANALLI ZANIEL FOWLER AND MORAN, LLC, and Plaintiff, JERRY TASSELL, by and through his attorney, BOYD B. MOSS III, ESQ., of MOSS BERG INJURY LAWYERS do hereby stipulate to remand this matter to state court without prejudice.

        This stipulation to remand is based on Plaintiff's averment that the amount in controversy is not met.  Therefore, the

parties hereby stipulate that this matter be remanded to state court.

| | |
|---|---|
| DATED this ___27th___ day of June, 2019 | DATED this ___27th___ day of June, 2019 |
| **RANALLI ZANIEL FOWLER & MORAN, LLC** | **MOSS BERG INJURY LAYWERS** |
| /s/ *George Ranalli* | /s/ *Boyd B. Moss III* |
| **GEORGE RANALLI, ESQ.** Nevada Bar No. 5748 **JASON ANDREW FOWLER, ESQ.** Nevada Bar No. 8071 Attorneys for Defendant | **BOYD B. MOSS III, ESQ.** Nevada Bar No. 8856 Attorneys for Plaintiff |

## ORDER

In light of the parties above stipulation regarding the amount in controversy, and for good cause appearing, IT IS HEREBY ORDERED that this case is remanded back to Clark County District Court.

The Clerk of Court is instructed to close this matter.

**IT IS SO ORDERED.**

Dated: ___July 1, 2019.___

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

RANALLI ZANIEL FOWLER & MORAN, LLC
2400 W. HORIZON RIDGE PARKWAY
HENDERSON, NEVADA 89052
TELEPHONE: (702) 477-7774 FAX: (702) 477-7778